

Before NEWMAN, LINN, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36

JUDGED: *AFFIRMED. See* Fed. Cir. R. 36

**Gene S. GROVES, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent– Appellee.**

**No. 06–7058.**

United States Court of Appeals, Federal Circuit.

June 14, 2006.

**Gene S. GROVES, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent– Appellee.**

**No. 06–7048.**

United States Court of Appeals, Federal Circuit.

June 14, 2006.

Before NEWMAN, RADER, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-

Before NEWMAN, RADER, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

**HYUNDAI ELECTRONICS INDUS-TRIES CO., LTD. and Hyundai Electronics America, Inc., Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

**and**

**Micron Technology, Inc., Defendant–Appellee.**

No. 2006–1448.

United States Court of Appeals, Federal Circuit.

June 16, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**STANDARD KNITTING, LTD., Appellant,**

v.

**TOYOTA JIDOSHA KABUSHIKI KAISHA, Appellee.**

No. 2006–1323.

United States Court of Appeals, Federal Circuit.

June 22, 2006.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**William H. LEE, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 05–3287.

United States Court of Appeals, Federal Circuit.

June 26, 2006.

*ORDER*

The petitioner having complied with this court's order filed May 31, 2006,